UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| GWOZDZ, KRZYSZTOF | § | Case No. 10-50336 |
| GWOZDZ, MARIA | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/31/2012 in Courtroom 682,

United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/29/2012                By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| GWOZDZ, KRZYSZTOF | § | Case No. 10-50336 |
| GWOZDZ, MARIA | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,000.27 |
| and approved disbursements of | $ | 12.53 |
| leaving a balance on hand of[1] | $ | 4,987.74 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 1,250.03 | $ 0.00 | $ 1,250.03 |
| Attorney for Trustee Fees: FRANK/GECKER LLP | $ 1,560.00 | $ 0.00 | $ 1,560.00 |
| Attorney for Trustee Expenses: FRANK/GECKER LLP | $ 31.89 | $ 0.00 | $ 31.89 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 2,841.92 |
| Remaining Balance | $ | 2,145.82 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 67,598.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 5,356.93 | $ 0.00 | $ 170.05 |
| 000002 | COMMERCE BANK | $ 11,185.48 | $ 0.00 | $ 355.07 |
| 000003 | FIA CARD SERVICES, N.A. | $ 18,003.34 | $ 0.00 | $ 571.49 |
| 000004 | FIA CARD SERVICES, N.A. | $ 9,675.98 | $ 0.00 | $ 307.15 |
| 000005 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 629.95 | $ 0.00 | $ 20.00 |
| 000006 | CHASE BANK USA, N.A. | $ 3,110.02 | $ 0.00 | $ 98.72 |
| 000007 | CHASE BANK USA, N.A. | $ 5,464.11 | $ 0.00 | $ 173.45 |
| 000008 | CHASE BANK USA, N.A. | $ 8,148.80 | $ 0.00 | $ 258.67 |

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | AMERICAN EXPRESS CENTURION BANK | $ 397.06 | $ 0.00 | $ 12.60 |
| 000010 | PNC BANK | $ 5,626.94 | $ 0.00 | $ 178.62 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,145.82 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                         Case No. 10-50336-JBS
Krzysztof Gwozdz                                               Chapter 7
Maria Gwozdz
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1        User: lkorotko            Page 1 of 2          Date Rcvd: Mar 30, 2012
                            Form ID: pdf006           Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2012.
```
db/jdb       +Krzysztof Gwozdz,    Maria Gwozdz,    1220 George Street,    Barrington, IL 60010-5021
16528587     +AMO Recoveries,    6737 W. Washington St, 3118,    West Allis,WI 53214-5656
17676941      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
16405915     +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
16405916     +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16528588     +Bank of Ameria,    Po Box 851001,    Dallas,TX 75285-1001
16405919     +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
16405918     +Chase,    9451 Corbin Avenue,    Northridge, CA 91324-1665
17665822      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16405920     +Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
17619770      FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
16405914     +Fedor Kozlov,    1990 E Algonquin Road Suite 230,    Schaumburg, IL 60173-4157
16405912     +Gwozdz Krzysztof,    1220 George Street,    Barrington, IL 60010-5021
16405913     +Gwozdz Maria,    1220 George Street,    Barrington, IL 60010-5021
16405923     +National City Card Ser,    1 National City Pkwy,    Kalamazoo, MI 49009-8003
17895353     +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17647656      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 31 2012 02:46:31
               American InfoSource LP as agent for,    Citibank N.A.,    PO Box 248840,
               Oklahoma City, OK   73124-8840
17594235      E-mail/Text: bankruptcy@commercebank.com Mar 31 2012 03:14:16     Commerce Bank,    P O BOX 419248,
               KCREC-10,    Kansas City, MO 64141-6248
16405921     +E-mail/Text: bankruptcy@commercebank.com Mar 31 2012 03:14:16     Commerce Bk,    911 Main St,
               Kansas City, MO 64105-2009
17590052      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 31 2012 02:27:27     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH   43054-3025
16405922     +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 31 2012 02:27:27     Discover Fin Svcs Llc,
               Pob 15316,    Wilmington, DE 19850-5316
17004521      E-mail/Text: ECF@SHERMETA.COM Mar 31 2012 03:47:16     J.P. Morgan Chase Bank, N.A.,
               c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,    Rochester Hills, MI  48308-0908
16405924     +E-mail/Text: bankrup@nicor.com Mar 31 2012 01:34:52     Nicor Gas,    1844 Ferry Road,
               Naperville, IL 60563-9600
                                                                                              TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16405917     ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 01, 2012**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: lkorotko            Page 2 of 2              Date Rcvd: Mar 30, 2012
                              Form ID: pdf006           Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2012 at the address(es) listed below:

      Fedor Kozlov   on behalf of Debtor Krzysztof Gwozdz kozlovfe@gmail.com
      Frances Gecker   fgecker@fgllp.com, fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
      Gloria C Tsotsos   on behalf of Creditor  JPMorgan Chase Bank, National Assocation nd-three@il.cslegal.com
      Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
      William G Cross   on behalf of Trustee Frances Gecker wcross@fgllp.com, csmith@fgllp.com
      Zane L Zielinski   on behalf of Trustee Frances Gecker zzielinski@fgllp.com, csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com

                                                                                                       TOTAL: 6