UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GWOZDZ, KRZYSZTOF | § | Case No. 10-50336 |
| GWOZDZ, MARIA | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on            . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/Frances Gecker_____
                                                                            Trustee

    **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | | | | | |
| | Chase 9451 Corbin Avenue Northridge, CA 91328 | | | | | |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | | | | |
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | | | | |
| 000009 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |
| 000008 | CHASE BANK USA, N.A. | | | | | |
| 000005 | CITIBANK N.A. | | | | | |
| 000002 | COMMERCE BANK | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000003 | FIA CARD SERVICES, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | FIA CARD SERVICES, N.A. | | | | | |
| 000010 | PNC BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-50336 | JBS | Judge: Jack B. Schmetterer | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | GWOZDZ, KRZYSZTOF | | | | Date Filed (f) or Converted (c): | 11/10/10 (f) |
| | GWOZDZ, MARIA | | | | 341(a) Meeting Date: | 01/13/11 |
| For Period Ending: | 08/16/12 | | | | Claims Bar Date: | 10/24/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1220 George Street, Barrington, IL 60010  Debtor Claimed Exemption | 230,000.00 | 0.00 | | 0.00 | FA |
| 2. 5100 Carriageway, #209, Rolling Meadows, IL 60008 | 70,000.00 | 0.00 | DA | 0.00 | FA |
| 3. AUDI A4 1996  Debtor Claimed Exemption | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. VW Passat 2000  Debtor Claimed Exemption | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. FRAUDULENT TRANSFER (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 6. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 0.27 | FA |
| 7. CHECKING ACCOUNT  Debtor Claimed Exemption | 1,400.00 | 0.00 | | 0.00 | FA |
| 8. SAVINGS ACCOUNT  Debtor Claimed Exemption | 220.00 | 0.00 | | 0.00 | FA |
| 9. HOUSEHOLD GOODS  Debtor Claimed Exemption | 2,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $307,120.00 | $5,000.00 | | $5,000.27 | $0.00 |
|---|---|---|---|---|---|

LFORM1    Ver: 16.06d

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 10-50336 | JBS | Judge: Jack B. Schmetterer | Trustee Name: | Frances Gecker |
| Case Name: | GWOZDZ, KRZYSZTOF | | | Date Filed (f) or Converted (c): | 11/10/10 (f) |
| | GWOZDZ, MARIA | | | 341(a) Meeting Date: | 01/13/11 |
| | | | | Claims Bar Date: | 10/24/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____
Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS FILED A FINAL REPORT IN THIS CASE.

Initial Projected Date of Final Report (TFR): 12/15/11     Current Projected Date of Final Report (TFR): 02/01/12

          /s/    Frances Gecker
_____   Date: 08/16/12
          FRANCES GECKER

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-50336 -JBS | | Trustee Name: | Frances Gecker |
| Case Name: | GWOZDZ, KRZYSZTOF | | Bank Name: | BANK OF AMERICA |
| | GWOZDZ, MARIA | | Account Number / CD #: | *******5304  MONEY MARKET |
| Taxpayer ID No: | *******8160 | | | |
| For Period Ending: | 08/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/19/11 | 5 | M.K. Gwozdz Money Order | FRAUDULENT TRANSFER SETTLEMENT | 1241-000 | 500.00 | | 500.00 |
| 04/19/11 | 5 | A. Gwozdz Money Order | FRAUDULENT TRANSFER SETTLEMENT | 1241-000 | 500.00 | | 1,000.00 |
| 04/28/11 | 5 | A. Gwozdz Money Order | FRAUDULENT TRANSFER SETTLEMENT | 1241-000 | 500.00 | | 1,500.00 |
| 04/28/11 | 5 | M.K. Gwozdz Money Order | FRAUDULENT TRANSFER SETTLEMENT | 1241-000 | 300.00 | | 1,800.00 |
| 05/31/11 | 5 | M.K. Gwozdz Money Order | FRAUDULENT TRANSFER SETTLEMENT | 1241-000 | 300.00 | | 2,100.00 |
| 05/31/11 | 5 | A. Gwozdz Money Order | FRAUDULENT TRANSFER SETTLEMENT | 1241-000 | 500.00 | | 2,600.00 |
| 05/31/11 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,600.02 |
| 06/28/11 | 5 | M.K. GWOZDZ | FRAUDULENT TRANSFER SETTLEMENT | 1241-000 | 300.00 | | 2,900.02 |
| 06/28/11 | 5 | A. GWOZDZ | FRAUDULENT TRANSFER SETTLEMENT | 1241-000 | 500.00 | | 3,400.02 |
| 06/30/11 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,400.04 |
| 07/28/11 | 5 | A. GWOZDZ | FRAUDULENT TRANSFER SETTLEMENT | 1241-000 | 500.00 | | 3,900.04 |

Page Subtotals        3,900.04        0.00

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-50336 -JBS | | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- |
| Case Name: | GWOZDZ, KRZYSZTOF | | Bank Name: | BANK OF AMERICA |
| | GWOZDZ, MARIA | | Account Number / CD #: | *******5304  MONEY MARKET |
| Taxpayer ID No: | *******8160 | | | |
| For Period Ending: | 08/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/28/11 | 5 | M.K. GWOZDZ | FRAUDULENT TRANSFER SETTLEMENT | 1241-000 | 300.00 | | 4,200.04 |
| 07/29/11 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 4,200.07 |
| 08/30/11 | 5 | A. GWOZDZ | FRAUDULENT TRANSFER SETTLEMENT | 1241-000 | 500.00 | | 4,700.07 |
| 08/30/11 | 5 | M.K. GWOZDZ | FRAUDULENT TRANSFER SETTLEMENT | 1241-000 | 300.00 | | 5,000.07 |
| 08/31/11 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,000.11 |
| 09/30/11 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,000.15 |
| 10/31/11 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,000.19 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 6.37 | 4,993.82 |
| 11/30/11 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,993.86 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 6.16 | 4,987.70 |
| 12/29/11 | 6 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 4,987.74 |
| 12/29/11 | | Transfer to Acct #*******2459 | Bank Funds Transfer | 9999-000 | | 4,987.74 | 0.00 |

Page Subtotals         1,100.23         5,000.27

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-50336 -JBS | | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- |
| Case Name: | GWOZDZ, KRZYSZTOF | | Bank Name: | BANK OF AMERICA |
| | GWOZDZ, MARIA | | Account Number / CD #: | *******5304 MONEY MARKET |
| Taxpayer ID No: | *******8160 | | | |
| For Period Ending: | 08/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,000.27 | 5,000.27 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 4,987.74 | |
| | | | Subtotal | | 5,000.27 | 12.53 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 5,000.27 | 12.53 | |

Page Subtotals  0.00  0.00

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-50336 -JBS | | Trustee Name: | Frances Gecker |
| Case Name: | GWOZDZ, KRZYSZTOF | | Bank Name: | Congressional Bank |
| | GWOZDZ, MARIA | | Account Number / CD #: | *******2459 GENERAL CHECKING |
| Taxpayer ID No: | *******8160 | | | |
| For Period Ending: | 08/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******5304 | Bank Funds Transfer | 9999-000 | 4,987.74 | | 4,987.74 |
| 06/04/12 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 1,250.03 | 3,737.71 |
| 06/04/12 | 001001 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654<br><br>Fees          1,560.00<br>Expenses       31.89 | Attorney for Trustee Fees (Trustee<br><br><br><br><br><br>3110-000<br>3120-000 | | | 1,591.89 | 2,145.82 |
| 06/04/12 | 001002 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Claim 000001, Payment 3.17% | 7100-000 | | 170.05 | 1,975.77 |
| 06/04/12 | 001003 | COMMERCE BANK<br>P O BOX 419248<br>KCREC-10<br>KANSAS CITY, MO 64141-6248 | Claim 000002, Payment 3.17% | 7100-000 | | 355.07 | 1,620.70 |
| 06/04/12 | 001004 | FIA CARD SERVICES, N.A.<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Claim 000003, Payment 3.17% | 7100-000 | | 571.49 | 1,049.21 |

Page Subtotals        4,987.74        3,938.53

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-50336 -JBS | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | GWOZDZ, KRZYSZTOF | Bank Name: | Congressional Bank |
| | GWOZDZ, MARIA | Account Number / CD #: | *******2459 GENERAL CHECKING |
| Taxpayer ID No: | *******8160 | | |
| For Period Ending: | 08/16/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/04/12 | 001005 | FIA CARD SERVICES, N.A.<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Claim 000004, Payment 3.17% | 7100-000 | | 307.15 | 742.06 |
| 06/04/12 | 001006 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>CITIBANK N.A.<br>PO BOX 248840<br>OKLAHOMA CITY, OK 73124-8840 | Claim 000005, Payment 3.17% | 7100-000 | | 20.00 | 722.06 |
| 06/04/12 | 001007 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000006, Payment 3.17% | 7100-000 | | 98.72 | 623.34 |
| 06/04/12 | 001008 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000007, Payment 3.17% | 7100-000 | | 173.45 | 449.89 |
| 06/04/12 | 001009 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000008, Payment 3.17% | 7100-000 | | 258.67 | 191.22 |
| 06/04/12 | 001010 | AMERICAN EXPRESS CENTURION BANK<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000009, Payment 3.17% | 7100-000 | | 12.60 | 178.62 |
| 06/04/12 | 001011 | PNC BANK<br>PO BOX 94982 | Claim 000010, Payment 3.17% | 7100-000 | | 178.62 | 0.00 |

Page Subtotals 0.00 1,049.21

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-50336 -JBS |
| Case Name: | GWOZDZ, KRZYSZTOF |
| | GWOZDZ, MARIA |
| Taxpayer ID No: | *******8160 |
| For Period Ending: | 08/16/12 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******2459  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CLEVELAND, OH 44101 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 4,987.74 | 4,987.74 | 0.00 |
| Less: Bank Transfers/CD's | 4,987.74 | 0.00 | |
| Subtotal | 0.00 | 4,987.74 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 4,987.74 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********5304 | 5,000.27 | 12.53 | 0.00 |
| GENERAL CHECKING - ********2459 | 0.00 | 4,987.74 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 5,000.27 | 5,000.27 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Trustee's Signature: ____/s/____Frances Gecker_____   Date: 08/16/12
FRANCES GECKER

Page Subtotals       0.00       0.00

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*